```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW HAMPSHIRE
```

W/S North Hampton Properties, LLC

    v.                                      Case No. 08-cv-345-PB

TGI Friday's Inc.

### O R D E R

The case shall be removed from the June trial list and scheduled during the September trial period.  Defendants shall file an objection to the motion in limine (Doc. No. 24) on or before June 17, 2010.  Any reply to the objection shall be filed on or before July 1, 2010.

    SO ORDERED.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

May 19, 2010

cc:  William Pribis, Esq.
      Matthew Johnson, Esq.